# DOMINION LAW ASSOCIATES

ATTORNEYS AND COUNSELORS AT LAW
222 CENTRAL PARK AVENUE
VIRGINIA BEACH, VA 23462-3026
(757) 446-7540
MON - FRI HOURS: 8:00 AM TO 9:00 PM

MAY 18, 2010

**Attorneys**
P.M. Kubin*
S.J. Zecca*
G.H. Willis*
J.S. Marks*
C.B. Krohn**
T.C. French**

*Licensed in Virginia
**Licensed in North Carolina

Offices in Virginia Beach, VA
and Greensboro, NC

01239-3

DELWIN WASHINGTON
1002 LINDEN AVE APT 312
CHARLOTTESVILLE VA  22902-5886

Past Payments to our office: $0.00

Adjusted Amount: $653.74
Claimed Atty Fees: $0.00
Court Costs: $0.00
Claimed Amount: $653.74

Our Account #: 18-88422-0
Creditor: Midland Funding LLC

Dear Delwin Washington,

**WE WILL BE PROCEEDING WITH LEGAL ACTION** against you for our client, Midland Funding LLC. You will have an opportunity to defend yourself in a court of law. Take advantage of this **OPPORTUNITY** to resolve this matter before suit is filed.

You will be notified of the court date by letter from this office with a copy of the Warrant in Debt. You will be served with the Warrant after it is filed with the court. If our client is required to expend court costs and service fees to file suit because this claim remains unresolved, these costs will become part of the amount necessary to resolve this claim prior to your court date.

**JUDGMENTS ARE PUBLIC RECORD AND USUALLY BECOME A PART OF YOUR CREDIT RECORD WITH MAJOR NATIONAL CREDIT REPORTING AGENCIES.** If this becomes a part of your credit record, it could remain there for more than 6 years. You have the right to inspect your credit file in accordance with Federal Law.

**Paying your account before suit is filed will resolve this matter and avoid a court proceeding.**

The adjusted amount shown above is current as of the date of this letter. It includes credit for payments made and may include additional interest, which may continue to accumulate. For further information about this or anything in this letter, you may write our office or call (757) 446-7540 or (800) 989-0009, between the hours of 8:00 am and 9:00 pm, Monday through Friday. If the above claimed amount also includes attorney's fees, you may settle for the total claimed above. If a suit is brought and judgment entered, the court will determine the amount of attorney's fees. The attorney's fee is claimed only from the person(s) who signed the contract.

**Pay directly to this law firm to insure proper credit to your account.** Thank you for your anticipated payment.

Sincerely,

Dominion Law Associates

**DOMINION LAW ASSOCIATES ARE DEBT COLLECTORS.
THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

DLX, MLX

↑↑   Detach Here And Return This Portion With Payment.   ↑↑

Past Payments to our office: $0.00

Adjusted Amount: $653.74
Claimed Atty Fees: $0.00
Court Costs: $0.00
Claimed Amount: $653.74

Our Account #: 18-88422-0
Creditor: Midland Funding LLC

**Pay by check or credit card
on-line at www.dominionpay.com**

DELWIN WASHINGTON
1002 LINDEN AVE APT 312
CHARLOTTESVILLE VA  22902-5886

**AMOUNT ENCLOSED:** _____

If you have not enclosed payment in full and do not have a confirmed payment plan agreement with our office, contact us.

**I CAN BE REACHED AT:** _____

**Daytime phone number** _____

DOMINION LAW ASSOCIATES
PO BOX 62719
VIRGINIA BEACH VA  23466-2719

# Exhibit A

G8BTKO11 09   UD165HB001*TKO*

F0165